No. 61          January 31, 2024          509

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

DEVELOPMENT NORTHWEST, INC.,
an Oregon corporation, dba Wolcott Plumbing,
*Plaintiff-Appellant,*

*v.*

Valeriy ZHIRYADA,
an individual;
Valentina Zhiryada,
an individual;
and Northwest Freight, LLC,
a Washington limited liability company,
*Defendants-Respondents,*

*and*

VALLEY PACIFIC CONSTRUCTION, INC.,
an Oregon corporation;
and Keith Minter, Inc.,
an Oregon corporation, dba Jade Smith Paving,
*Defendants.*

Multnomah County Circuit Court
19CV13524; A176707

Christopher J. Marshall, Judge.

On appellant's petition for reconsideration filed December 15, 2023. Opinion filed December 6, 2023. 329 Or App 427 (2023)

Thomas M. Christ argued the cause and filed the briefs for appellant. Also on the briefs was Sussman Shank LLP.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

SHORR, P. J.

Reconsideration allowed; opinion modified and adhered to as modified.

**SHORR, P. J.**

Plaintiff petitions for reconsideration of our opinion in *Development Northwest, Inc. v. Zhiryada*, 329 Or App 427 (2023) (nonprecedential memorandum opinion). We allow reconsideration, modify our prior opinion as described below, and adhere to the opinion as modified.

In its petition, plaintiff contends that the opinion is inaccurate and incomplete due to our failure to address the supplemental judgment that awarded costs and attorney fees to defendant for having prevailed on the construction lien foreclosure claim. Defendant has not filed a response to the petition.

We agree with plaintiff and therefore grant reconsideration. Pursuant to ORS 20.220(3)(a), "[w]hen an appeal is taken from a judgment under ORS 19.205 to which an award of attorney fees or costs and disbursements relates[, i]f the appellate court reverses the judgment, the award of attorney fees or costs and disbursements shall be deemed reversed[.]" Although the supplemental judgment awarding costs and attorney fees to defendant is reversed by operation of law in light of our opinion, we allow reconsideration for the purpose of correcting the oversight and explicitly addressing the supplemental judgment in our disposition. We therefore modify the first sentence of the opinion to read: "Following a bench trial, plaintiff appeals from a judgment dismissing its claim for construction lien foreclosure, and from the supplemental judgment awarding costs and attorney fees to defendant for having prevailed on that claim." We further modify the disposition of the opinion to read: "General judgment reversed and remanded as to plaintiff's lien foreclosure claim; supplemental judgment awarding costs and attorney fees to defendant reversed; otherwise affirmed."

Reconsideration allowed; opinion modified and adhered to as modified.